# EXHIBIT 8

# REPUBLIC OF THE MARSHALL ISLANDS
# NON-RESIDENT ENTITY REPORT

**THIS IS NOT A STATEMENT OF GOOD STANDING**

The information provided in this application is real time and reflects the information as of 23-APR-2020 08:49:33 PM (GMT +00:00)

| | |
|---|---|
| **Entity Number:** | 18873 |
| **Entity Name:** | GRANDUNION INC. |
| **Entity Type:** | Corporation |
| **Entity Status:** | Annulled |
| **Existence Date:** | 17-MAY-2006 |
| **Annulment Date:** | 11-AUG-2016 |

