# EXHIBIT 9

 

# Fenech & Fenech
MARINE

c 39520 dnf

18th June, 2017

Malta Financial Services Authority
Registry of Companies
Notabile Road
Attard

Dear Sir/Madam,

**Re: GRAND ANEMI LIMITED (C39520) (hereinafter referred to as "the Company")**

We, the undersigned, are hereby informing the Authority that in view of the fact that we have lost contact with the client (in spite of our numerous attempts to reach the client in all possible ways), we do not wish to represent the Company any longer. Accordingly, you are kindly requested to accept this letter as our instructions to you to disassociate us from the Company.

Additionally, since we no longer have any association whatsoever with the Company or the beneficial owners thereof, you should kindly note that the registered office of the Company is no longer actively located at 198, Old Bakery Street, Valletta VLT1455, Malta.

Whilst thanking you for your attention, we remain at your disposal for further information and/or clarification.

Best Regards,

Ms. Rowena Grima
f/Fenech & Fenech Marine Services Ltd

198, Old Bakery Street, Valletta VLT 1455, Malta - Tel. +356 2124 1232 - Email: shipreg@fenlex.com - VAT: MT-1484 7307
www.fenechlaw.com