# EXHIBIT 10

**Capital and interest payments of the Grand Anemi loan**

|    | Date       | Description                        | Amount          |
|----|------------|------------------------------------|-----------------|
| 1  | 02/09/2009 | EARLY PARTIAL CAPITAL REPAYMENT    | 8.450.000,00 €  |
| 2  | 02/09/2009 | FEES / EXPENSES REPAYMENT          | 4.178,00 €      |
| 3  | 02/12/2009 | OVERDUE INTEREST REPAYMENT         | 1.089.132,80 €  |
| 4  | 10/03/2010 | PENALTY INTEREST RATE REPAYMENT    | 2.137,29 €      |
| 5  | 10/03/2010 | OVERDUE INTEREST REPAYMENT         | 986.148,55 €    |
| 6  | 31/03/2010 | EARLY PARTIAL CAPITAL REPAYMENT    | 31.000.000,00 € |
| 7  | 31/03/2010 | FEES / EXPENSES REPAYMENT          | 24.111,11 €     |
| 8  | 21/05/2010 | FEES / EXPENSES REPAYMENT          | 173.005,40 €    |
| 9  | 02/06/2010 | PENALTY INTEREST RATE REPAYMENT    | 1.056,29 €      |
| 10 | 02/06/2010 | OVERDUE INTEREST REPAYMENT         | 382.466,69 €    |
| 11 | 15/06/2010 | PENALTY INTEREST RATE REPAYMENT    | 1.028,08 €      |
| 12 | 15/06/2010 | ΠΛΗΡΩΜΗ ΛΗΞΙΠΡΟΘΕΣΜΩΝ ΤΟΚΩΝ        | 331.839,16 €    |
| 13 | 24/06/2010 | OVERDUE INTEREST REPAYMENT         | 55.047,35 €     |
| 14 | 24/06/2010 | PENALTY INTEREST RATE REPAYMENT    | 150,97 €        |
| 15 | 24/06/2010 | OVERDUE INTEREST REPAYMENT         | 89.333,93 €     |
| 16 | 21/07/2010 | EARLY PARTIAL CAPITAL REPAYMENT    | 23.000.000,00 € |
| 17 | 21/07/2010 | FEES / EXPENSES REPAYMENT          | 4.600,00 €      |
| 18 | 26/08/2010 | PARTIAL INTEREST PAYMENT           | 98.821,59 €     |
| 19 | 24/09/2010 | PENALTY INTEREST RATE REPAYMENT    | 2.733,36 €      |
| 20 | 24/09/2010 | OVERDUE INTEREST REPAYMENT         | 378.892,11 €    |
| 21 | 30/09/2010 | PENALTY INTEREST RATE REPAYMENT    | 183,00 €        |
| 22 | 30/09/2010 | OVERDUE INTEREST REPAYMENT         | 181.263,63 €    |
| 23 | 29/11/2010 | PENALTY INTEREST RATE REPAYMENT    | 326,06 €        |
| 24 | 29/11/2010 | OVERDUE INTEREST REPAYMENT         | 179.673,94 €    |

| 25 | 15/12/2010 | PENALTY INTEREST RATE REPAYMENT | 1.217,18 € |
|---|---|---|---|
| 26 | 15/12/2010 | OVERDUE INTEREST REPAYMENT | 179.282,82 € |
| 27 | 29/12/2010 | PENALTY INTEREST RATE REPAYMENT | 609,44 € |
| 28 | 29/12/2010 | OVERDUE INTEREST REPAYMENT | 189.390,56 € |
| 29 | 03/01/2011 | PENALTY INTEREST RATE REPAYMENT | 0,02 € |
| 30 | 13/01/2011 | PENALTY INTEREST RATE REPAYMENT | 137,31 € |
| 31 | 13/01/2011 | OVERDUE INTEREST REPAYMENT | 50.439,29 € |
| 32 | 14/03/2011 | PENALTY INTEREST RATE REPAYMENT | 1.545,86 € |
| 33 | 14/03/2011 | OVERDUE INTEREST REPAYMENT | 148.454,14 € |
| 34 | 30/03/2011 | PENALTY INTEREST RATE REPAYMENT | 1.335,55 € |
| 35 | 30/03/2011 | OVERDUE INTEREST REPAYMENT | 148.664,45 € |
| 36 | 10/05/2011 | PENALTY INTEREST RATE REPAYMENT | 3.082,22 € |
| 37 | 10/05/2011 | OVERDUE INTEREST REPAYMENT | 311.917,78 € |
| 38 | 19/05/2011 | PENALTY INTEREST RATE REPAYMENT | 629,07 € |
| 39 | 19/05/2011 | OVERDUE INTEREST REPAYMENT | 91.590,01 € |
| 40 | 03/06/2011 | PENALTY INTEREST RATE REPAYMENT | 800,69 € |
| 41 | 03/06/2011 | OVERDUE INTEREST REPAYMENT | 86.391,57 € |
| 42 | 14/06/2011 | PENALTY INTEREST RATE REPAYMENT | 415,79 € |
| 43 | 14/06/2011 | OVERDUE INTEREST REPAYMENT | 159.584,21 € |
| 44 | 20/06/2011 | PENALTY INTEREST RATE REPAYMENT | 54,12 € |
| 45 | 20/06/2011 | OVERDUE INTEREST REPAYMENT | 50.014,82 € |
| 46 | 14/07/2011 | PENALTY INTEREST RATE REPAYMENT | 1.047,48 € |
| 47 | 14/07/2011 | OVERDUE INTEREST REPAYMENT | 61.202,52 € |
| 48 | 20/09/2011 | PENALTY INTEREST RATE REPAYMENT | 6.585,13 € |
| 49 | 20/09/2011 | OVERDUE INTEREST REPAYMENT | 88.914,87 € |
| 50 | 26/09/2011 | PENALTY INTEREST RATE REPAYMENT | 674,79 € |

| | | | |
|---|---|---|---|
| 51 | 26/09/2011 | OVERDUE INTEREST REPAYMENT | 94.825,21 € |
| 52 | 03/10/2011 | PENALTY INTEREST RATE REPAYMENT | 811,35 € |
| 53 | 03/10/2011 | OVERDUE INTEREST REPAYMENT | 728.323,01 € |
| 54 | 31/10/2011 | OVERDUE INTEREST REPAYMENT | 193.500,00 € |
| 55 | 10/11/2011 | PENALTY INTEREST RATE REPAYMENT | 20,29 € |
| 56 | 10/11/2011 | OVERDUE INTEREST REPAYMENT | 11.246,17 € |
| 57 | 29/11/2011 | OVERDUE INTEREST REPAYMENT | 92.939,58 € |
| 58 | 02/01/2012 | PENALTY INTEREST RATE REPAYMENT | 5,30 € |
| 59 | 13/03/2012 | PENALTY INTEREST RATE REPAYMENT | 100.000,00 € |
| 60 | 11/04/2012 | PENALTY INTEREST RATE REPAYMENT | 2.190,14 € |
| 61 | 11/04/2012 | PENALTY INTEREST RATE REPAYMENT | 358.401,74 € |
| 62 | 11/04/2012 | PENALTY INTEREST RATE REPAYMENT | 6.176,90 € |
| 63 | 11/04/2012 | OVERDUE INTEREST REPAYMENT | 280.000,00 € |
| 64 | 11/04/2012 | OVERDUE INTEREST REPAYMENT | 119.638,30 € |
| 65 | 11/04/2012 | OVERDUE INTEREST REPAYMENT | 493.461,40 € |
| 66 | 11/04/2012 | OVERDUE INTEREST REPAYMENT | 93.823,10 € |
| 67 | 30/04/2012 | OVERDUE INTEREST REPAYMENT | 426.346,56 € |
| 68 | 03/05/2012 | PENALTY INTEREST RATE REPAYMENT | 75,28 € |
| 69 | 03/05/2012 | PENALTY INTEREST RATE REPAYMENT | 37,64 € |
| 70 | 03/05/2012 | OVERDUE INTEREST REPAYMENT | 201.782,02 € |
| 71 | 03/05/2012 | OVERDUE INTEREST REPAYMENT | 201.782,02 € |
| 72 | 30/07/2012 | OVERDUE INTEREST REPAYMENT | 15,52 € |