# EXHIBIT 11

To:    GRAND ANEMI LIMITED
       c/o: STAMFORD NAVIGATION INC.
       1-7 Flessa& 83 Akti Miaouli Str
       18538 Piraeus, Greece
       Fax No: 213 0148408 and 213 0148479

cc:    GRANDUNION INC
       GRAND GEORGE
       ANTARIOS MARITIME S.A.
       GRAND MIRSINDI INC
       YIOSONAS MARITIME S.A.

       c/o: STAMFORD NAVIGATION INC.
       1-7 Flessa & 83 Akti Miaouli
       185 38 Piraeus
       Attiki, Greece
       Fax No +30 213 0148408 and 213 0148479

       as Guarantors

       GEORGE LIVANOS (attorney-at-law)
       2 Thesmoforiou Street
       Piraeus 18454, Greece

       as agent for the service of process for the Borrower and Grand Union Inc

01 March 2013

**By hand and by fax**

Dear Sirs

Re:    Financial agreement dated 28 August 2009 (together with any and all amendments thereto and supplements thereof the "**Financial Agreement**") made by and among, *inter alios*, CYPRUS POPULAR BANK PUBLIC CO LTD (formerly known as Marfin Popular Bank Public Co Ltd, successor by way of cross-border merger of Marfin Egnatia Bank Societe Anonyme), acting through its branch in Greece under the trade name "LAIKI BANK" (the "**Lender**") as lender and Grand Anemi Limited of the Republic of Malta (the "**Borrower**") as borrower.

We refer to the Financial Agreement and all terms and expressions used in this letter shall bear

the meanings ascribed to them in the Financial Agreement.

By the Financial Agreement, the Borrower expressly agreed, *inter alia*, to pay interest pursuant to Clause 7.1 of the Financial Agreement and to pay the renewal fee in accordance with clause 26.1 of the Financial Agreement

In breach of Clause 7.1 of the Financial Agreement, the Borrower has failed to pay:

(1)     part of interest for the period 30/04/2012 – 30/07/2012 amounting to US $615,377.07;

(2)     interest for the period 30/07/2012 – 30/10/2012 amounting to US $619,388.11;

(3)     interest for the period 30/10/2012 – 31/01/2013 amounting to US $599,635.17;

(4)     interest for the period 31/01/2013 – 28/02/2013 amounting to US $183,872.84;

(5)     default interest on the above overdue amounts in the sum of US $41,144.17.

In breach of Clause 26.1 of the Financial Agreement, the Borrower has failed to pay the renewal fee in the sum of US$30,000.00 which fell due on 31/08/2011.

Accordingly, and pursuant to Clause 24.1.1 each of these breaches constitutes an Event of Default.

We refer to our email dated 26 February 2013 pursuant to which the Lender has demanded payment of above overdue amounts by the close of business Athens time on 28 February 2013. As of the date of this notice, we have not received any such payment.

We further note that pursuant to clause 11.1 of the Financial Agreement, the Facility expired on 28 February 2013 and default interest today amounts to US $10,485.22.

We therefore notify you that the Facility is cancelled and has expired, and that the Indebtedness is immediately due and payable to the Lender.

As of 01 March 2013 the Indebtedness amounts to US $59,846,742.53 comprising aggregate principal in the amount of US $57,746,839.95, aggregate interest accrued thereon in the amount of US $2,018,273.19, the renewal fee of US $30,000 and aggregate default interest in the amount US $ 51,629.39.

As provided in the Financial Agreement and for as long as the Indebtedness remains unpaid interest shall accrue at the Default Rate in accordance with the provisions of clause 8.1 of the

Financial Agreement.  The Default Rate is currently the aggregate of (i) 0.2866%, (ii) 3.75% and (iii) 2.5% per annum.

Payment should be made forthwith to Cyprus Popular Bank Public Co Ltd, Greek Branch trade name Laiki Bank, Piraeus office of 91 Akti Miaouli, 185 38 Piraeus, Greece, account number USD135413999, reference "Grand Anemi et al Outstanding Indebtedness".

This letter is without prejudice to any other rights which the Lender may have under the Finance Documents or as a matter of general law.

Yours faithfully

CYPRUS POPULAR BANK PUBLIC CO LTD

GREEK BRANCH LAIKI BANK

By: ...................................................

DIKOS KORITSAS

1087013-LONSR01A - MSW

ΑΝΑΦΟΡΑ ΑΠΟΣΤΟΛΗΣ

01 ΜΑΡ. 2013 16:37

ΤΟ ΛΟΓΟΤΥΠΟ ΣΑΣ       : KOUTALIDIS LAW FIRM
Ο ΑΡΙΘΜΟΣ ΤΟΥ FAX ΣΑΣ : 302103600069

| ΑΡΙΘ FAX ΠΡΟΟΡΙΣΜΟΥ | ΩΡΑ ΕΝΑΡΞΗΣ | ΧΡΗΣΗΣ | ΘΕΣΗ ΣΕΛ | ΑΠΟΤΕΛΕΣΜΑ |
|---|---|---|---|---|
| 01  2130148408 | 01 ΜΑΡ. 16:35 | 02'15 | ΑΠΣΛ  03 | OK |

ΓΙΑ ΝΑ ΑΚΥΡΩΣΕΤΕ ΤΗΝ ΑΝΑΦΟΡΑ, ΠΙΕΣΤΕ 'ΜΕΝΟΥ' #04.
ΚΑΙ ΕΠΙΛΕΞΤΕ ΟΧΙ ΜΕ ΤΟ '+' Η '—'.

**Krommyda Vasiliki**

| | |
|---|---|
| **From:** | Krommyda Vasiliki |
| **Sent:** | Πέμπτη, 7 Μαρτίου 2013 3:33 μμ |
| **To:** | Kouvara Evgenia; Malliou Maria |
| **Cc:** | Kontomitros Evangelos; Stamatiou Maria; Papadopoulos X Stylianos; Dedousi Alexandra; Gymnopoulos Adam; Sardis Antonis; Lazaridou Despoina; Sapranidis Aggelos; Mesogeitis Evangelos |
| **Subject:** | RE: ΟΜΙΛΟΙ ΠΗΛΑΔΑΚΗ -/- ΖΟΛΩΤΑ & ΦΙΣΤΕ - ΠΑΥΣΗ ΕΚΤΟΚΙΣΜΟΥ |

Σε συνέχεια της επισυναπτόμενης αλληλογραφίας και εφόσον το δάνειο αυτό καταγγέλθηκε (με 01/03/2013), θα πρέπει από το ποσό της καταγγελίας να βγουν οι τόκοι που είχαν αντιλογισθεί από τα ΔΛΠ βιβλία βάση απόφασης της EXCO, από 12/11/2012 μέχρι την ημερομηνία της καταγγελίας του.
Οπότε θα πρέπει να καταχωρήσετε τις κάτωθι συναλλαγές:

DEBIT : 70.35.00.56    314/6104              ποσό EUR ...
CREDIT : 24.35.00.02    100/6106 (USD-13451-3999)    ποσό USD 736,003.91
*Το ποσό του eur equivalent θα πρέπει να γίνει με Fixing της 01/03/2012 που ήταν η ημερομηνία της καταγγελίας, εκτός αν το Dealing Room σας δώσει καλύτερη τιμή για την συναλλαγή.*

DEBIT : 04.90.10.00    314/6104        ποσό USD 736,003.91
CREDIT : 08.90.10.00    314/6104        ποσό USD 736,003.91
*Το ποσό αυτό θα πρέπει να εμφανίζεται στην χειρόγραφη καρτέλα του πελάτη σας, ως ποσό εξωλογιστικών τόκων και εννοείται πως θα συμπεριλαμβάνεται στην απαίτηση από τον πελάτη.*
*Αντίστοιχα θα πρέπει να μειωθεί κατά το ίδιο ποσό και το ποσό της αρχικής καταγγελίας του δανείου.*

Τέλος παρακαλούμε να μεταφερθεί το υπόλοιπο που θα παραμείνει στον 24.35.00.02 από το 100/6106 στον 314/6104, καθώς το δάνειο θα πρέπει να είναι λογιστικοποιημένο στη μονάδα διαχείρισής του (εκτός και εάν ο πιστούχος μεταφερθεί στις Εμπλοκές).
Ευχαριστούμε,

Βασιλική Κρομμύδα
Υποδιευθύντρια Λογιστικού Ελέγχου & Υποστήριξης Interfaces
Οικονομική Διεύθυνση
☎ 2310 404 150
📠 2310 404 178
✉ vkrommyda@laiki.gr

CYPRUS POPULAR PUBLIC CO. LTD.
Greek branch


---

**From:** Kouvara Evgenia
**Sent:** Thursday, February 28, 2013 5:49 PM
**To:** Krommyda Vasiliki; Papadopoulos X Stylianos
**Cc:** Malliou Maria; Kontomitros Evangelos; Petridis Panagiotis; Chailis Michalis; Stamatiou Maria
**Subject:** FW: ΟΜΙΛΟΙ ΠΗΛΑΔΑΚΗ -/- ΖΟΛΩΤΑ & ΦΙΣΤΕ - ΠΑΥΣΗ ΕΚΤΟΚΙΣΜΟΥ

Σε συνέχεια τηλ. επικοινωνίας με την Κα Μάλλιου σας ενημερώνω ότι αύριο θα προβούμε σε καταγγελία του LD1210200509 (Grand Anemi et al). Το δάνειο πλέον θα απεικονισθεί σε 24άρη λογαριασμό που θα παρακολουθείται από εμάς.

Η ενημέρωση αυτή αποστέλλεται σε περίπτωση που πρέπει να κάνετε κάποιες ενέργειες σχετικές με τα κάτωθι.

**Kouvara Evgenia**
Operations & Back Offices
Shipping Unit - Head

24B Kifissias Avenue

CNTRL_0000753