# EXHIBIT 17



**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY COURTS**
**OF ENGLAND AND WALES**
**COMMERCIAL COURT (QBD)**

19 Jul 2019

CL-2019-000129

Before Mr Justice Jacobs

B E T W E E N

**PIRAEUS BANK S.A.**

(a company incorporated under the laws of Greece)
**Claimant/ Applicant**

and

**(1) GRAND ANEMI LIMITED**
(a company incorporated under the laws of Malta)
**First Defendant/ First Respondent**

**(2) GRANDUNION INC.**
(a company incorporated under the laws of the Marshall Islands)
**Second Defendant/Second Respondent**

**(3) MICHAIL ZOLOTAS**
**Third Defendant/Third Respondent**

---

**ORDER**

---

**UPON** the Claimant's application dated 26 June 2019

**AND UPON** considering the evidence filed in support

**AND UPON** hearing counsel for the Claimant at a hearing on 18 July 2019

**IT IS ORDERED AND DECLARED THAT:**

In relation to the First and Second Defendants

1

1. The Claim Form, Particulars of Claim and all other documents required to be served to institute this claim have been validly served on each of the First and Second Defendants pursuant to CPR 6.11.

2. Any further documents served (including the Application Notice dated 26 June 2019 and related material) or to be served on the First and Second Defendants in these proceedings shall be validly served by delivery by first class post recorded delivery or otherwise in hard copy to HFW Nominees Limited, Friary Court, 65 Crutched Friars, London EC3N 2AE.

In relation to the Third Defendant

3. The Claimant has permission to serve the Claim Form, Particulars of Claim and all other documents required to be served to institute this claim on the Third Defendant at 2 Thesmoforiou Street, Piraeus, 18454, Greece (care of Mr George Livanos).

4. The time for service of the Claim Form on the Third Defendant is extended by three months, so that service must be effected by 27 November 2019.

5. The Third Defendant has 21 days after service on him of the Claim Form and Particulars of Claim in which to respond by either;
   (a)   filing or serving an admission,
   (b)   filing and serving a defence, or
   (c)   filing and serving an acknowledgment of service,

   and, where an acknowledgment of service is filed and served, the Third Defendant has a further 14 days in which to file and serve his Defence.

6. The Claimant has permission to serve any further documents on the Third Defendant in these proceedings, care of Mr George Livanos at 2 Thesmoforiou Street, Piraeus, 18454, Greece.

In relation to all three Defendants

7.  Costs reserved.

Dated this 18th day of July 2019