# EXHIBIT 18

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status    : Network Ack
Priority/Delivery          : Normal
Message Input Reference    : 1505 090910EGNAGR2TAXXX6601313025
-------------------------- Message Header ------------------------
Swift Input    : FIN 103 Single Customer Credt Transfer
Sender         : EGNAGR2TXXX
                 MARFIN EGNATIA BANK S.A.
                 546 24 THESSALONIKI
                 THESSALONIKI
                 GREECE GR
Receiver       : IRVTUS3NXXX
                 THE BANK OF NEW YORK MELLON
                 NEW YORK,NY 10286
                 NEW YORK,NY
                 UNITED STATES US
MUR : 100
-------------------------- Message Text --------------------------
 20: Sender's Reference
     FT0925303635/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date       : Δευτέρα, 14 Σεπτέμβριος 2009
     Currency   : USD (US DOLLAR)
     Amount     : 300,00
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     17TH AVE DE L'ANNOCIADE MONACO
57A: Account With Institution - BIC
     COBADEFF208
     COMMERZBANK AG
     (COC GLOBSHIP AND RENEWENERGIES)
     HAMBURG
     GERMANY DE
 59: Beneficiary Customer-Name & Addr
     LISCR,LLC-CORPORATE
     8619 WEST WOOD CENTER DRIVE SUITE
     300 VIENNA VA 22182 USA
     ACC WITH GLOBAL SHIPPING HAMBURG BR
 70: Remittance Information
     ON BEHALF OF CALLAS INV NO C 84089
     1024151 ANEMI IN NO C 89995-1024150
71A: Details of Charges
     OUR
-------------------------- Message Trailer ------------------------
{CHK:655B438B45A9}
```

```
          -------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery            : Normal
Message Input Reference      : 1516 090910EGNAGR2TAXXX6601313051
          ------------------------- Message Header -------------------------
Swift Input   : FIN 103.STP Single Customer Credt Transfer
Sender        : EGNAGR2TXXX
                MARFIN EGNATIA BANK S.A.
                546 24 THESSALONIKI
                THESSALONIKI
                GREECE GR
Receiver      : IRVTUS3NXXX
                THE BANK OF NEW YORK MELLON
                NEW YORK,NY 10286
                NEW YORK,NY
                UNITED STATES US
MUR : 100
          ------------------------- Message Text ---------------------------
  20: Sender's Reference
      FT0925303872/269
 23B: Bank Operation Code
      CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : Δευτέρα, 14 Σεπτέμβριος 2009
      Currency   : USD (US DOLLAR)
      Amount     : 1350,00
 50K: Ordering Customer-Name & Address
      /GR1302803140000000134296427
      ZOLOTAS MICHAIL
      AKTI MIAOULI 83 FLESSA STAMFORD NAV
      PIREAS 18538 GREECE
 57A: Account With Institution - BIC
      CHASUS33
      JPMORGAN CHASE BANK, N.A.
      NEW YORK,NY 10004
      NEW YORK,NY
      UNITED STATES US
  59: Beneficiary Customer-Name & Addr
      /799786447
      THE TRUST COMPANY OF THE MARSHALL
      ISLANDS INC
      ACC WITH 345 PARK AVENUE NY,NY
      10154 USA
  70: Remittance Information
      ON BEHALF OF FOCUS INV NO.545511
      TOXOTIS INV NO.545656 KARYES
      INV NO.544908
 71A: Details of Charges
      OUR
          ------------------------- Message Trailer ------------------------
{CHK:6F1498CCCF94}
```

25/08/2014 13:59:33  (Printed from SIDE Viewer)                                  1

```
-------------------- Instance Type and Transmission ----------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status    : Network Ack
Priority/Delivery          : Normal
Message Input Reference    : 1338 091117EGNAGR2TAXXX6651348129
--------------------------- Message Header -----------------------------
Swift Input    : FIN 103 Single Customer Credt Transfer
Sender         : EGNAGR2TXXX
                 MARFIN EGNATIA BANK S.A.
                 546 24 THESSALONIKI
                 THESSALONIKI
                 GREECE GR
Receiver       : IRVTUS3NXXX
                 THE BANK OF NEW YORK MELLON
                 NEW YORK,NY 10286
                 NEW YORK,NY
                 UNITED STATES US
MUR : 100
   -------------------------- Message Text ------------------------
 20: Sender's Reference
     FT0932105587/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date       : Τρίτη, 17 Νοέμβριος 2009
     Currency   : USD (US DOLLAR)
     Amount     : 2900,00
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57D: Account With Inst -Name & Addr
     //FW021000018
     THE BANK OF NEW YORK
     ONE WALL STR NY 10126
 59: Beneficiary Customer-Name & Addr
     /6302018063
     PRUDENTIAL DOUGLAS ELLIMAN
     LICENSED REAL ESTATE SALESPERSON
     205 EAST 42ND STR NY 10017
 70: Remittance Information
     BROKERAGE FEE FOR THE COSMOPOLITAN
     RENTAL
71A: Details of Charges
     OUR
   -------------------------- Message Trailer -----------------------
{CHK:180DD88AFB59}
```

25/08/2014 13:59:28   (Printed from SIDE Viewer)                                    1

```
        --------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status        : Network Ack
Priority/Delivery              : Normal
Message Input Reference        : 1155 091117EGNAGR2TAXXX6651347969
        --------------------------- Message Header --------------------
Swift Input    : FIN 103 Single Customer Credt Transfer
Sender         : EGNAGR2TXXX
                 MARFIN EGNATIA BANK S.A.
                 546 24 THESSALONIKI
                 THESSALONIKI
                 GREECE GR
Receiver       : IRVTUS3NXXX
                 THE BANK OF NEW YORK MELLON
                 NEW YORK,NY 10286
                 NEW YORK,NY
                 UNITED STATES US
MUR : 100
        --------------------------- Message Text ----------------------
  20: Sender's Reference
      FT0932105498/269
 23B: Bank Operation Code
      CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : Τρίτη, 17 Νοέμβριος 2009
      Currency   : USD (US DOLLAR)
      Amount     : 6474,20
 50K: Ordering Customer-Name & Address
      /GR1302803140000000134296427
      ZOLOTAS MICHAIL
      AKTI MIAOULI 83 FLESSA STAMFORD NAV
      PIRAEUS 18538 GREECE
 57D: Account With Inst -Name & Addr
      //FW021000021
      JP MORGAN CHASE
  59: Beneficiary Customer-Name & Addr
      /007034679
      DSM REALTY CORP
      DBA AS EMPIRE STATE PROPERTIES
  70: Remittance Information
      DEPOSIT FOR RENTAL
 71A: Details of Charges
      OUR
        --------------------------- Message Trailer ---------------------
{CHK:F1FD8D78F870}
```

25/08/2014 14:01:39  (Printed from SIDE Viewer)                                    1

```
          ------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status        : Network Ack
Priority/Delivery              : Normal
Message Input Reference        : 1215 100623EGNAGR2TAXXX6802462492
          ----------------------- Message Header ----------------------
Swift Input     : FIN 103.STP Single Customer Credt Transfer
Sender          : EGNAGR2TXXX
                  MARFIN EGNATIA BANK S.A.
                  546 24 THESSALONIKI
                  THESSALONIKI
                  GREECE GR
Receiver        : IRVTUS3NXXX
                  THE BANK OF NEW YORK MELLON
                  NEW YORK,NY 10286
                  NEW YORK,NY
                  UNITED STATES US
MUR : 100
          ------------------------ Message Text -----------------------
 20: Sender's Reference
     FT1017402917/269
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date         : Τετάρτη, 23 Ιούνιος 2010
     Currency     : USD (US DOLLAR)
     Amount       : 2985,00
 33B: Currency/Instructed Amount
     Currency     : EUR (EURO)
     Amount       : 2472,25
 36: Exchange Rate
     1,2074
 50K: Ordering Customer-Name & Address
     /GR0902803140000000134292425
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
 57A: Account With Institution - BIC
     BCGECHGG
     BANQUE CANTONALE DE GENEVE
     1211 GENEVA 2
     GENEVA
     SWITZERLAND CH
 59: Beneficiary Customer-Name & Addr
     /CH6600788000050170170
     LOGISTIKAS SA
     ROUTE DE GRAND LANCY 4-6, 1227
     GENEVA SWITZERLAND
 70: Remittance Information
     ORDER CIGARS-MR MICHAEL S. ZOLOTAS
 71A: Details of Charges
     OUR
          -------------------------- Message Trailer ---------------------
{CHK:4103012121FD}
```

25/08/2014 14:01:34  (Printed from SIDE Viewer)                              1

```
-------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status       : Network Ack
Priority/Delivery             : Normal
Message Input Reference       : 1505 100616EGNAGR2TAXXX6797459262
-------------------------- Message Header --------------------------
Swift Input   : FIN 103 Single Customer Credt Transfer
Sender        : EGNAGR2TXXX
                MARFIN EGNATIA BANK S.A.
                546 24 THESSALONIKI
                THESSALONIKI
                GREECE GR
Receiver      : IRVTUS3NXXX
                THE BANK OF NEW YORK MELLON
                NEW YORK,NY 10286
                NEW YORK,NY
                UNITED STATES US
MUR : 100
-------------------------- Message Text ---------------------------
 20: Sender's Reference
     FT1016706319/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : Παρασκευή, 18 Ιούνιος 2010
     Currency    : USD (US DOLLAR)
     Amount      : 450,00
50K: Ordering Customer-Name & Address
     /GR0902803140000000134292425
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57D: Account With Inst -Name & Addr
     //FW021000021
     JPMORGAN CHASE BANK NA
     345 PARK AVE NY 10154 USA
 59: Beneficiary Customer-Name & Addr
     /799786447
     THE TRUST COMPANY OF THE MARSHALL
     ISLANDS INC
 70: Remittance Information
     ANNUAL CORPORATION MAINTENANCE
     FEE-KARYES INVESTMENTS INV
     571086
71A: Details of Charges
     OUR
-------------------------- Message Trailer -------------------------
{CHK:B01854DAA262}
```

25/08/2014 14:02:03   (Printed from SIDE Viewer)                                   1

```
     -------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery            : Normal
Message Input Reference      : 1426 100705EGNAGR2TAXXX6810468702
     ---------------------------- Message Header ---------------------------
Swift Input     : FIN 103 Single Customer Credt Transfer
Sender          : EGNAGR2TXXX
                  MARFIN EGNATIA BANK S.A.
                  546 24 THESSALONIKI
                  THESSALONIKI
                  GREECE GR
Receiver        : IRVTUS3NXXX
                  THE BANK OF NEW YORK MELLON
                  NEW YORK,NY 10286
                  NEW YORK,NY
                  UNITED STATES US
MUR : 100
     ---------------------------- Message Text ---------------------------
 20: Sender's Reference
     FT1018605949/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date       : Τρίτη, 6 Ιούλιος 2010
     Currency   : USD (US DOLLAR)
     Amount     : 3563,06
33B: Currency/Instructed Amount
     Currency   : USD (US DOLLAR)
     Amount     : 3563,06
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57D: Account With Inst -Name & Addr
     //FW021000021
     JP MORGAN CHASE
     4 METROTECH CENTER
     22ND FLOOR BROOKLYN NY 11245
 59: Beneficiary Customer-Name & Addr
     /033013756
     J AND R SOUND II
 70: Remittance Information
     REFERENCE ORDER 105114366
71A: Details of Charges
     OUR
     ---------------------------- Message Trailer ---------------------------
{CHK:03B2C2EAE285}
```

25/08/2014 14:02:22  (Printed from SIDE Viewer)                    1

```
------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status        : Network Ack
Priority/Delivery              : Normal
Message Input Reference        : 1250 100715EGNAGR2TAXXX6818473953
-------------------------- Message Header --------------------------
Swift Input     : FIN 103 Single Customer Credt Transfer
Sender          : EGNAGR2TXXX
                  MARFIN EGNATIA BANK S.A.
                  546 24 THESSALONIKI
                  THESSALONIKI
                  GREECE GR
Receiver        : IRVTUS3NXXX
                  THE BANK OF NEW YORK MELLON
                  NEW YORK,NY 10286
                  NEW YORK,NY
                  UNITED STATES US
MUR : 100
-------------------------- Message Text ----------------------------
 20: Sender's Reference
     FT1019606619/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : Πέμπτη, 15 Ιούλιος 2010
     Currency    : USD (US DOLLAR)
     Amount      : 2290,00
33B: Currency/Instructed Amount
     Currency    : USD (US DOLLAR)
     Amount      : 2290,00
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57D: Account With Inst -Name & Addr
     //FW031301752
     THE WESTCHESTER BANK
     2001 CENTRAL PARK AVE YONKERS NY
     10710 ACC 220714
 59: Beneficiary Customer-Name & Addr
     /31004955
     WESTCO CLOSET CORP
     CALIFORNIA CLOSETS A6 SAW MILL
     RIVER RD HAWHORNE NY 10532
     TIN 13-3799987
 70: Remittance Information
     CALIFORNIA CLOSETS
71A: Details of Charges
     OUR
-------------------------- Message Trailer -------------------------
[CHK:186C3E3CD76F]
```

25/08/2014 14:02:18  (Printed from SIDE Viewer)                              1

```
          --------------------- Instance Type and Transmission --------------
          Notification (Transmission) of Original sent to SWIFT (ACK)
          Network Delivery Status     : Network Ack
          Priority/Delivery           : Normal
          Message Input Reference     : 1446 100709EGNAGR2TAXXX6814471424
          --------------------------- Message Header -----------------------
          Swift Input  : FIN 103 Single Customer Credt Transfer
          Sender       : EGNAGR2TXXX
                         MARFIN EGNATIA BANK S.A.
                         546 24 THESSALONIKI
                         THESSALONIKI
                         GREECE GR
          Receiver     : IRVTUS3NXXX
                         THE BANK OF NEW YORK MELLON
                         NEW YORK,NY 10286
                         NEW YORK,NY
                         UNITED STATES US
          MUR : 100
          --------------------------- Message Text --------------------------
           20: Sender's Reference
               FT1019003261/269
          23B: Bank Operation Code
               CRED
          32A: Val Dte/Curr/Interbnk Settld Amt
               Date      : Παρασκευή, 9 Ιούλιος 2010
               Currency  : USD (US DOLLAR)
               Amount    : 2290,00
          33B: Currency/Instructed Amount
               Currency  : USD (US DOLLAR)
               Amount    : 2290,00
          50K: Ordering Customer-Name & Address
               /GR1302803140000000134296427
               ZOLOTAS MICHAIL
               AKTI MIAOULI 83 FLESSA STAMFORD NAV
               PIREAS 18538 GREECE
          57D: Account With Inst -Name & Addr
               //FW026013673
               COMMERCE BANK NA
               CHERRY HILL NEW JERSEY
           59: Beneficiary Customer-Name & Addr
               /7916608909
               WESTCO CLOSET CORP
           70: Remittance Information
               CALIFORNIA CLOSETS
          71A: Details of Charges
               OUR
          --------------------------- Message Trailer ------------------------
          (CHK:83C541457FAA)
```

25/08/2014 14:02:39  (Printed from SIDE Viewer)                                    1

```
          ------------------- Instance Type and Transmission ---------------
     Notification (Transmission) of Original sent to SWIFT (ACK)
     Network Delivery Status     : Network Ack
     Priority/Delivery           : Normal
     Message Input Reference     : 1205 100730EGNAGR2TAXXX6829481721
     -------------------------------- Message Header ----------------------------
     Swift Input    : FIN 103 Single Customer Credt Transfer
     Sender         : EGNAGR2TXXX
                      MARFIN EGNATIA BANK S.A.
                      546 24 THESSALONIKI
                      THESSALONIKI
                      GREECE GR
     Receiver       : IRVTUS3NXXX
                      THE BANK OF NEW YORK MELLON
                      NEW YORK,NY 10286
                      NEW YORK,NY
                      UNITED STATES US
     MUR : 100
     --------------------------------- Message Text ----------------------------
      20: Sender's Reference
          FT1021105645/269
     23B: Bank Operation Code
          CRED
     32A: Val Dte/Curr/Interbnk Settld Amt
          Date         : Παρασκευή, 30 Ιούλιος 2010
          Currency     : USD (US DOLLAR)
          Amount       : 29000,00
     33B: Currency/Instructed Amount
          Currency     : USD (US DOLLAR)
          Amount       : 29000,00
     50K: Ordering Customer-Name & Address
          /GR1302803140000000134296427
          ZOLOTAS MICHAIL
          AKTI MIAOULI 83 FLESSA STAMFORD NAV
          PIREAS 18538 GREECE
     57D: Account With Inst -Name & Addr
          //FW021000089
          CITIBANK NA
          153 E 53RD STR 15TH FL NY 10022
      59: Beneficiary Customer-Name & Addr
          /10201279
          AURORA PROPERTIES (USA) LLC
      70: Remittance Information
          TRF
     71A: Details of Charges
          OUR
     --------------------------------- Message Trailer ------------------------
     {CHK:704B2B7174E3}
```

25/08/2014 14:02:33  (Printed from SIDE Viewer)                                          1

```
         --------------------- Instance Type and Transmission --------------
         Notification (Transmission) of Original sent to SWIFT (ACK)
         Network Delivery Status       : Network Ack
         Priority/Delivery             : Normal
         Message Input Reference       : 1255 100721EGNAGR2TAXXX6822476576
         -------------------------- Message Header -------------------------
         Swift Input     : FIN 103 Single Customer Credt Transfer
         Sender          : EGNAGR2TXXX
                           MARFIN EGNATIA BANK S.A.
                           546 24 THESSALONIKI
                           THESSALONIKI
                           GREECE GR
         Receiver        : IRVTUS3NXXX
                           THE BANK OF NEW YORK MELLON
                           NEW YORK,NY 10286
                           NEW YORK,NY
                           UNITED STATES US
         MUR : 100
         --------------------------- Message Text --------------------------
          20: Sender's Reference
              FT1020205244/269
         23B: Bank Operation Code
              CRED
         32A: Val Dte/Curr/Interbnk Settld Amt
              Date        : Τετάρτη, 21 Ιούλιος 2010
              Currency    : USD (US DOLLAR)
              Amount      : 34441,68
         33B: Currency/Instructed Amount
              Currency    : USD (US DOLLAR)
              Amount      : 34441,68
         50K: Ordering Customer-Name & Address
              /GR1302803140000000134296427
              ZOLOTAS MICHAIL
              AKTI MIAOULI 83 FLESSA STAMFORD NAV
              PIREAS 18538 GREECE
         57D: Account With Inst -Name & Addr
              //FW231372691
              SOVEREIGN BANK
          59: Beneficiary Customer-Name & Addr
              /3572401747
              NSBC DUMBO D/B/A BO CONCEPT DUMPO
          70: Remittance Information
              BO CONCEPT ORDER OS-009593
         71A: Details of Charges
              OUR
         --------------------------- Message Trailer -----------------------
         {CHK:95882D268074}
```

25/08/2014 14:14:37   (Printed from SIDE Viewer)                                    1

```
--------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery            : Normal
Message Input Reference      : 1525 110518EGNAGR2TAXXX7034629076
------------------------- Message Header --------------------------
Swift Input    : FIN 103 Single Customer Credt Transfer
Sender         : EGNAGR2TXXX
                 MARFIN EGNATIA BANK
                 546 24 THESSALONIKI
                 THESSALONIKI
                 GREECE GR
Receiver       : IRVTUS3NXXX
                 THE BANK OF NEW YORK MELLON
                 NEW YORK,NY 10286
                 NEW YORK,NY
                 UNITED STATES US
MUR : 100
------------------------- Message Text ----------------------------
 20: Sender's Reference
     FT1113803916/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : Τετάρτη, 18 Μάιος 2011
     Currency    : USD (US DOLLAR)
     Amount      : 600,00
33B: Currency/Instructed Amount
     Currency    : USD (US DOLLAR)
     Amount      : 600,00
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57D: Account With Inst -Name & Addr
     //FW021000021
     JP MORGAN CHASE BANK N.A
 59: Beneficiary Customer-Name & Addr
     /799786447
     THE TRUST COMPANY OF THE MARSHALL
     ISLANDS INC
 70: Remittance Information
     LIFETIME INVESTMENT CO.INV NR
     326705
71A: Details of Charges
     OUR
--------------------- Message Trailer --------------------------
{CHK:5F20E4E34008}
```

```
-------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status        : Network Ack
Priority/Delivery              : Normal
Message Input Reference        : 1205 110429EGNAGR2TAXXX7019619242
-------------------------- Message Header ----------------------------
Swift Input    : FIN 103 Single Customer Credt Transfer
Sender         : EGNAGR2TXXX
                 MARFIN EGNATIA BANK
                 546 24 THESSALONIKI
                 THESSALONIKI
                 GREECE GR
Receiver       : IRVTUS3NXXX
                 THE BANK OF NEW YORK MELLON
                 NEW YORK,NY 10286
                 NEW YORK,NY
                 UNITED STATES US
MUR : 100
-------------------------- Message Text -----------------------------
 20: Sender's Reference
     FT1111904421/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date         : Παρασκευή, 29 Απρίλιος 2011
     Currency     : USD (US DOLLAR)
     Amount       : 650,00
33B: Currency/Instructed Amount
     Currency     : USD (US DOLLAR)
     Amount       : 650,00
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57D: Account With Inst -Name & Addr
     //FW021000021
     JP MORGAN CHASE BANK NA
 59: Beneficiary Customer-Name & Addr
     /799786447
     THE TRUST COMPANY OF THE MARSHALL
     ISLANDS INC
 70: Remittance Information
     CELESTINE SHIPPING LTD
     INV NR:313320 ARTICLES OF
     INCORPORATION - MI
71A: Details of Charges
     OUR
-------------------------- Message Trailer --------------------------
{CHK:204E20CD08C8}
```

25/08/2014 14:14:46 (Printed from SIDE Viewer)

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status        : Network Ack
Priority/Delivery              : Normal
Message Input Reference        : 1446 110520EGNAGR2TAXXX7036630428
-------------------------- Message Header -----------------------
Swift Input    : FIN 103.STP Single Customer Credit Transfer
Sender         : EGNAGR2TXXX
                 MARFIN EGNATIA BANK
                 546 24 THESSALONIKI
                 THESSALONIKI
                 GREECE GR
Receiver       : IRVTUS3NXXX
                 THE BANK OF NEW YORK MELLON
                 NEW YORK,NY 10286
                 NEW YORK,NY
                 UNITED STATES US
MUR : 100
-------------------------- Message Text -------------------------
 20: Sender's Reference
     FT1114004428/269
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : Παρασκευή, 20 Μάιος 2011
     Currency    : USD (US DOLLAR)
     Amount      : 600,00
33B: Currency/Instructed Amount
     Currency    : USD (US DOLLAR)
     Amount      : 600,00
50K: Ordering Customer-Name & Address
     /GR1302803140000000134296427
     ZOLOTAS MICHAIL
     AKTI MIAOULI 83 FLESSA STAMFORD NAV
     PIREAS 18538 GREECE
57A: Account With Institution - FI BIC
     CHASUS33XXX
     JPMORGAN CHASE BANK, N.A.
     NEW YORK,NY 10004
     NEW YORK,NY
     UNITED STATES US
 59: Beneficiary Customer-Name & Addr
     /799786447
     THE TRUST COMPANY OF THE MARSHALL
     ISLANDS INC
 70: Remittance Information
     LIFETIME INVESTMENT CO
     INVOICE NR 327049
71A: Details of Charges
     OUR
-------------------------- Message Trailer ----------------------
{CHK:6368D3A6427B}
```

25/08/2014 14:14:50  (Printed from SIDE Viewer)                                  1

```
            ------------------- Instance Type and Transmission --------------
         Notification (Transmission) of Original sent to SWIFT (ACK)
         Network Delivery Status        : Network Ack
         Priority/Delivery              : Normal
         Message Input Reference        : 1446 110520EGNAGR2TAXXX7036630429
            ------------------------- Message Header -----------------------
      Swift Input     : FIN 103.STP Single Customer Credt Transfer
      Sender          : EGNAGR2TXXX
                        MARFIN EGNATIA BANK
                        546 24 THESSALONIKI
                        THESSALONIKI
                        GREECE GR
      Receiver        : IRVTUS3NXXX
                        THE BANK OF NEW YORK MELLON
                        NEW YORK,NY 10286
                        NEW YORK,NY
                        UNITED STATES US
      MUR : 100
            --------------------------- Message Text ------------------------
        20: Sender's Reference
            FT1114004453/269
       23B: Bank Operation Code
            CRED
       32A: Val Dte/Curr/Interbnk Settld Amt
            Date         : Παρασκευή, 20 Μάιος 2011
            Currency     : USD (US DOLLAR)
            Amount       : 544,00
       33B: Currency/Instructed Amount
            Currency     : USD (US DOLLAR)
            Amount       : 544,00
       50K: Ordering Customer-Name & Address
            /GR1302803140000000134296427
            ZOLOTAS MICHAIL
            AKTI MIAOULI 83 FLESSA STAMFORD NAV
            PIREAS 18538 GREECE
       56A: Intermediary Institution - FI BIC
            MRMDUS33XXX
            HSBC BANK USA, N.A.
            NEW YORK,NY 10018
            NEW YORK,NY
            UNITED STATES US
       57A: Account With Institution - FI BIC
            MIDLPAPAXXX
            HSBC BANK USA PANAMA
            (PANAMA BRANCH)
            5 PANAMA
            PANAMA
            PANAMA PA
        59: Beneficiary Customer-Name & Addr
            /0100057455
            PATTON,MORENO AND ASVAT
        70: Remittance Information
            ARTEMIS WORLD S.A. -INV.NR:144245
            CUSTOMER NR:728841.
       71A: Details of Charges
            OUR
            ----------------------- Message Trailer ------------------------
      {CHK:89E61632FE68}
```