# EXHIBIT 19

```
25/08/2014 14:02:39  (Printed from SIDE Viewer)                                   1

          ------------------- Instance Type and Transmission ---------------
          Notification (Transmission) of Original sent to SWIFT (ACK)
          Network Delivery Status      : Network Ack
          Priority/Delivery            : Normal
          Message Input Reference      : 1205 100730EGNAGR2TAXXX6829481721
          ------------------------------ Message Header ------------------------
          Swift Input       : FIN 103 Single Customer Credt Transfer
          Sender            : EGNAGR2TXXX
                              MARFIN EGNATIA BANK S.A.
                              546 24 THESSALONIKI
                              THESSALONIKI
                              GREECE GR
          Receiver          : IRVTUS3NXXX
                              THE BANK OF NEW YORK MELLON
                              NEW YORK,NY 10286
                              NEW YORK,NY
                              UNITED STATES US
          MUR : 100
          ------------------------------ Message Text --------------------------
           20: Sender's Reference
               FT1021105645/269
          23B: Bank Operation Code
               CRED
          32A: Val Dte/Curr/Interbnk Settld Amt
               Date         : Παρασκευή, 30 Ιούλιος 2010
               Currency     : USD (US DOLLAR)
               Amount       : 29000,00
          33B: Currency/Instructed Amount
               Currency     : USD (US DOLLAR)
               Amount       : 29000,00
          50K: Ordering Customer-Name & Address
               /GR1302803140000000134296427
               ZOLOTAS MICHAIL
               AKTI MIAOULI 83 FLESSA STAMFORD NAV
               PIREAS 18538 GREECE
          57D: Account With Inst -Name & Addr
               //FW021000089
               CITIBANK NA
               153 E 53RD STR 15TH FL NY 10022
           59: Beneficiary Customer-Name & Addr
               /10201279
               AURORA PROPERTIES (USA) LLC
           70: Remittance Information
               TRF
          71A: Details of Charges
               OUR
          ------------------------------ Message Trailer -----------------------
          {CHK:704B2B7174E3}
```